2

1  **Justin D. Harris, #199112**
   **HARRIS LAW FIRM, PC**
2  **7110 N. Fresno St., Suite 400**
   **Fresno, California  93720**
3  **Telephone (559) 272-5700**
   **Facsimile (559) 554-9989**
4  **jdh@harrislawfirm.net**

5  Attorneys for The Magnolia Group, Inc.

6

7               **UNITED STATES BANKRUPTCY COURT**

8               **EASTERN DISTRICT OF CALIFORNIA**

9

10

11  In Re:                              | Case No. 19-15278-A-11

12  THE MAGNOLIA GROUP, INC.,           | Chapter 11

13

14               Debtor.

15                                       | Ad. Proc. No. 20-01008

16  ABLP Reit, LLC,

17                          Plaintiff,   | **JOINT STATUS CONFERENCE**
                                         | **STATEMENT**
18           v.

19  The Magnolia Group, Inc.,

20                          Defendant.   | Date:  July 1, 2020
21                                       | Time:  2 p.m.
                                         | Place: Dept. A, 5th Floor, Courtroom. 11
22                                       |        2500 Tulare Street,
23                                       |        Fresno, California 93721
                                         | Judge: Hon. Fredrick E. Clement
24

25       Plaintiff ABLP Reit, LLC and Defendant The Magnolia Group, Inc. provide the

26  following joint status conference statement:

27

28



1

---

**Joint Status Conference Statement in Adversary Proceeding**

1      In light of The Magnolia Group, Inc.'s request for dismissal of its underlying

2 chapter 11 case at its chapter 11 status conference on July 1, 2020, the Parties

3 collectively request that the Court remand the case to Tulare County Superior Court.

4

5

6 DATED: June 19, 2020      HARRIS LAW FIRM, PC

7

8      By: _____

9      Justin D. Harris, Attorneys for

     The Magnolia Group, Inc.

10

11 DATED: June 19, 2020      GERACI LAW FIRM, LLP

12

13      By: _____

14      Marisol Nagata, Attorneys for

15      ABLP Reit, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28



**Joint Status Conference Statement in Adversary Proceeding**